# Exhibit A


# District Judge Leonard Philip Stark of the U.S. District Court for the District of Delaware D.Del.
## Cases

Showing **472** Patent cases before District Judge Leonard Philip Stark; with Patent: ANDA case tag; pending between 2009-01-01 and 2019-12-19; sorted by most recent docket activity.

## Summary

**Case Filings** (Top 6 by Focus Order)



|  | <2014 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019* |
|---|---|---|---|---|---|---|---|
| ● Copyright | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ● Patent | 120 | 47 | 44 | 40 | 95 | 75 | 51 |
| ● Trade Secret | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ● Trademark | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ● Antitrust | 2 | 0 | 0 | 1 | 0 | 0 | 1 |
| ● Bankruptcy | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

* 2019 numbers are year-to-date. Open dots are full-year estimates.

### Cases by Type

| Case Types | Cases |
|---|---|
| Patent | 472 |
| Antitrust | 4 |
| Contracts | 4 |

*All other Case Types have 0 results in this case list.*

### Courts

| D.Del. | 472 | 100% |
|---|---|---|

### Case Status

Open: 123 (26%)    Terminated: 349 (74%)