## BEFORE THE UNITED STATES JUDICIAL
## PANEL ON MULTIDISTRICT LITIGATION

| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. _____ |
|---|---|

## SCHEDULE OF ACTIONS[1]

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>• Novartis Pharmaceuticals Corporation<br><br>**Defendants:**<br>• Alkem Laboratories Ltd.<br>• Aurobindo Pharma USA Inc.<br>• Aurobindo Pharma Ltd.<br>• Biocon Pharma Limited<br>• Biocon Limited<br>• Biocon Pharma, Inc.<br>• Crystal Pharmaceutical (Suzhou) Co., Ltd.<br>• Laurus Labs Limited<br>• Laurus Generics Inc.<br>• Lupin Atlantis Holdings, S.A.<br>• Lupin Limited<br>• Lupin Inc.<br>• Lupin Pharmaceuticals, Inc.<br>• Nanjing Noratech Pharmaceutical Co., Limited<br>• Teva Pharmaceuticals USA, Inc.<br>• Torrent Pharma Inc.<br>• Torrent Pharmaceuticals Ltd. | D. Del. | 1:19-cv-01979 | Stark, J. |

---

[1] Copies of the complaint and docket sheet for each action are attached hereto as Exhibits 1-4.

1

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>• Novartis Pharmaceuticals Corporation<br><br>**Defendants:**<br>• Alembic Pharmaceuticals Limited<br>• Alembic Global Holding SA<br>• Alembic Pharmaceuticals, Inc.<br>• Macleods Pharmaceuticals Ltd.<br>• Macleods Pharma USA, Inc.<br>• Natco Pharma Limited<br>• Natco Pharma, Inc. | D. Del. | 1:19-cv-02021 | Stark, J. |
| **Plaintiff:**<br>• Novartis Pharmaceuticals Corporation<br><br>**Defendants:**<br>• Dr. Reddy's Laboratories, Inc.<br>• Dr. Reddy's Laboratories, Ltd.<br>• Hetero USA Inc.<br>• Hetero Labs Limited<br>• Hetero Labs Limited Unit III<br>• MSN Pharmaceuticals Inc.<br>• MSN Laboratories Private Limited<br>• MSN Life Sciences Private Limited<br>• Mylan Pharmaceuticals Inc.<br>• Mylan Inc.<br>• Mylan Laboratories Limited<br>• Novugen Pharma (Malaysia) Sdn. Bhd.<br>• Zydus Pharmaceuticals (USA) Inc.<br>• Cadila Healthcare Ltd. | D. Del. | 1:19-cv-02053 | Stark, J. |
| **Plaintiff:**<br>• Novartis Pharmaceuticals Corporation<br><br>**Defendants:**<br>• Mylan Pharmaceuticals Inc.<br>• Mylan Inc.<br>• Mylan Laboratories Limited | N.D. W.Va. | 1:19-cv-00201 | Keeley, J. |

Dated: December 20, 2019

Respectfully submitted,

/s/ Christopher E. Loh
Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
slflanders@venable.com
jlstringham@venable.com
skclark@venable.com
lfishwick@venable.com
gjmanas@venable.com

Daniel M. Silver
Alexandra M. Joyce
Renaissance Centre
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

James F. Companion
Sandra K. Law
SCHRADER COMPANION DUFF &
LAW, PLLC
401 Main Street
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com
skl@schraderlaw.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*