**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December 2019, I caused a true and correct copy of the forgoing Motion, Memorandum, Schedule of Actions, and this Certificate of Service to be served on the following via electronic mail (except where otherwise indicated).

**Case No. 1:19-cv-01979-LPS (D. Del.)**

      Office of the Clerk (via hand delivery)
      United States District Court
      844 North King Street, Unit 18
      Wilmington, DE 19801-3570

| | |
|---|---|
| Nicholas N. Kallas | Daniel M. Silver |
| Christina Schwarz | Alexandra M. Joyce |
| Christopher E. Loh | Renaissance Centre |
| Susanne L. Flanders | MCCARTER & ENGLISH, LLP |
| Jared L. Stringham | 405 N. King Street, 8th Floor |
| Shannon K. Clark | Wilmington, Delaware 19801 |
| Laura K. Fishwick | (302) 984-6300 |
| Gregory J. Manas | dsilver@mccarter.com |
| VENABLE LLP | ajoyce@mccarter.com |
| 1290 Avenue of the Americas | |
| New York, New York 10104 | |
| (212) 218-2100 | |
| nkallas@venable.com | |
| cschwarz@venable.com | |
| cloh@venable.com | |
| slflanders@venable.com | |
| jlstringham@venable.com | |
| skclark@venable.com | |
| lfishwick@venable.com | |
| gjmanas@venable.com | |

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

| | |
|---|---|
| Stephen R. Auten | Kenneth L. Dorsney |
| Richard T. Ruzich | MORRIS JAMES LLP |
| Roshan P. Shrestha, Ph.D. | 500 Delaware Avenue, Suite 1500 |
| TAFT STETTINIUS & HOLLISTER LLP | Wilmington, DE 19801 |
| 111 East Wacker Drive, Suite 2800 | (302) 888-6800 |
| Chicago, IL 60601 | kdorsney@morrisjames.com |
| (312) 527-4000 | |
| sauten@taftlaw.com | |
| rruzich@taftlaw.com | |
| rshrestha@taftlaw.com | |

*Attorneys for Defendant Alkem Laboratories Ltd.*

Dr. Steven Moore
WITHERS BERGMAN LLP
157 Church Street
New Haven, CT 06502
(203) 302-4069
steven.moore@withersworldwide.com

*Attorney for Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd.*

Deepro R. Mukherjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8552
deepro.mukerjee@kattenlaw.com
lance.soderstrom@kattenlaw.com

*Attorneys for Defendants Biocon Pharma Limited, Biocon Limited, and Biocon Pharma, Inc.*

Jay P. Lessler
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5176
jlessler@blankrome.com

*Attorney for Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.*

Dennies Varughese, Pharm.D.
Nirav N. Desai
Joseph H. Kim
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-2600
dvarughese@sternekessler.com
ndesai@sternekessler.com
josephk@sternekessler.com

*Attorneys for Defendants Laurus Labs Limited and Laurus Generics Inc.*

William R. Zimmerman
Andrea Cheek
KNOBBE MARTENS
1717 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
(202) 640-6400
bill.zimmerman@knobbe.com
andrea.cheek@knobbe.com

Carol Pitzel Cruz
KNOBBE MARTENS
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
(206) 405-2000
carol.pitzel.cruz@knobbe.com

*Attorneys for Defendants Lupin Atlantis Holdings, S.A., Lupin Limited, Lupin Inc., and Lupin Pharmaceuticals, Inc.*

Don J. Mizerk
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606-3912
(312) 526-1546
don.mizerk@huschblackwell.com

*Attorney for Defendant Nanjing Noratech Pharmaceutical Co., Limited*

| | |
|---|---|
| Colman B. Ragan<br>TEVA PHARMACEUTICALS USA, INC.<br>400 Interpace Parkway #3<br>Parsippany, NJ 07054<br>(973) 658-1800<br>Colman.ragan@tevapharm.com | Karen E. Keller<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 298-0702<br>kkeller@shawkeller.com |

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

4

Dmitry V. Shelhoff
PERGAMENT CEPEDA, LLP
89 Headquarters Plaza, North Tower, 14th Floor
Morristown, NJ 07078
(973) 998-7722
dshelhoff@pergamentcepeda.com

Jennifer M. Rutter
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
jrutter@skjlaw.com

*Attorneys for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

**Case No. 1:19-cv-02021-LPS (D. Del.)**

      Office of the Clerk (via hand delivery)
      United States District Court
      844 North King Street, Unit 18
      Wilmington, DE 19801-3570

| | |
|---|---|
| Nicholas N. Kallas | Daniel M. Silver |
| Christina Schwarz | Alexandra M. Joyce |
| Christopher E. Loh | MCCARTER & ENGLISH, LLP |
| Susanne L. Flanders | Renaissance Centre |
| Jared L. Stringham | 405 N. King Street, 8th Floor |
| Shannon K. Clark | Wilmington, Delaware 19801 |
| Laura K. Fishwick | (302) 984-6300 |
| Gregory J. Manas | dsilver@mccarter.com |
| VENABLE LLP | ajoyce@mccarter.com |
| 1290 Avenue of the Americas | |
| New York, New York 10104 | |
| (212) 218-2100 | |
| nkallas@venable.com | |
| cschwarz@venable.com | |
| cloh@venable.com | |
| slflanders@venable.com | |
| jlstringham@venable.com | |
| skclark@venable.com | |
| lfishwick@venable.com | |
| gjmanas@venable.com | |

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

Andrew J. Miller
WINDELS MARX LANE & MITTENDORF, LLP
1 Giralda Farms, Suite 100
Madison, NJ 07940
(973) 966-3200
amiller@windelsmarx.com

*Attorney for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc.*

6

A. Neal Seth
Laura R. Braden
WILEY REIN LLP
1776 K St. NW
Washington, DC 20006
(202) 719-7000
NSeth@wileyrein.com
LBraden@wileyrein.com

*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.*

Melissa M. Hayworth
MERCHANT & GOULD PC
1900 Duke Street, Suite 1600
Alexandria, VA 22314
(703) 684-2522
mhayworth@merchantgould.com

*Attorney for Defendants Natco Pharma Limited and Natco Pharma, Inc.*

**Case No. 1:19-cv-02053-LPS (D. Del.)**

Office of the Clerk (via hand delivery)
United States District Court
844 North King Street, Unit 18
Wilmington, DE 19801-3570

| | |
|---|---|
| Nicholas N. Kallas | Daniel M. Silver |
| Christina Schwarz | Alexandra M. Joyce |
| Christopher E. Loh | MCCARTER & ENGLISH, LLP |
| Susanne L. Flanders | Renaissance Centre |
| Jared L. Stringham | 405 N. King Street, 8th Floor |
| Shannon K. Clark | Wilmington, Delaware 19801 |
| Laura K. Fishwick | (302) 984-6300 |
| Gregory J. Manas | dsilver@mccarter.com |
| VENABLE LLP | ajoyce@mccarter.com |
| 1290 Avenue of the Americas | |
| New York, New York 10104 | |
| (212) 218-2100 | |
| nkallas@venable.com | |
| cschwarz@venable.com | |
| cloh@venable.com | |
| slflanders@venable.com | |
| jlstringham@venable.com | |
| skclark@venable.com | |
| lfishwick@venable.com | |
| gjmanas@venable.com | |

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

Brandon M. White
PERKINS COIE LLP
700 13th St. NW, Suite 600
Washington, DC 20005
(202) 654-6200
bmwhite@perkinscoie.com

*Attorney for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

John Thallemer
HETERO USA INC.
1035 Centennial Avenue
Piscataway, NJ 08854
(732) 354-5699
jthallemer@heterousa.com

*Attorney for Defendants Hetero USA Inc., Hetero Labs Limited,*
*and Hetero Labs Limited Unit III*

Ronald M. Daignault
GOLDBERG SEGALLA LLP
711 Third Avenue - Suite 1900
New York, NY 10017
(646) 292-8775
rdaignault@goldbergsegalla.com

*Attorney for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited,*
*and MSN Life Sciences Private Limited*

Robert L. Florence
PARKER POE ADAMS & BERNSTEIN, LLP
1180 Peachtree Street, NE, Suite 3300
Atlanta GA 30309
(678) 690-5701
robertflorence@parkerpoe.com

*Attorney for Defendants Mylan Pharmaceuticals Inc., Mylan Inc.,*
*and Mylan Laboratories Limited*

Peter J. Fallon
LOCKE LORD LLP
200 Vesey Street, 20th Floor
New York, NY 10281
(212) 812-8340
PFallon@lockelord.com

*Attorney for Defendant Novugen Pharma (Malaysia) Sdn. Bhd.*

| | |
|---|---|
| James T. Peterka<br>LOCKE LORD LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0270<br>JPeterka@lockelord.com | Adam W. Poff<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com |

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd.*

**Case No. 1:19-cv-00201-IMK (N.D. W. Va.)**

Office of the Clerk (via hand delivery)
United States District Court
1125 Chapline Street
Wheeling, WV 26003

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
slflanders@venable.com
jlstringham@venable.com
skclark@venable.com
lfishwick@venable.com
gjmanas@venable.com

James F. Companion
Sandra K. Law
SCHRADER COMPANION DUFF & LAW, PLLC
401 Main Street
Wheeling, WV 26003
304) 233-3390
jfc@schraderlaw.com
skl@schraderlaw.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

Robert L. Florence
PARKER POE ADAMS & BERNSTEIN, LLP
1180 Peachtree Street, NE, Suite 3300
Atlanta GA 30309
(678) 690-5701
robertflorence@parkerpoe.com

Gordon H. Copland
William J. O'Brien
STEPTOE & JOHNSON PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
(304) 933-8000
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

*Attorneys for Defendants Mylan Pharmaceuticals Inc., Mylan Inc., and Mylan Laboratories Limited*

11

Dated: December 20, 2019         /s/ Christopher E. Loh
                                 Christopher E. Loh
                                 VENABLE LLP
                                 1290 Avenue of the Americas
                                 New York, New York 10104
                                 (212) 218-2100
                                 cloh@venable.com