## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | MDL No. 2930 |

## DEFENDANTS LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., AND LUPIN PHARMACEUTICALS, INC. RESPONSE TO MOTION FOR TRANSFER OF ACTION TO THE DISTRICT OF DELAWARE FOR COORDINATED AND CONSOLIDATED PRETRIAL PROCEEDINGS

Defendants Lupin Atlantis Holdings, S.A., Lupin Limited, Lupin Inc., and Lupin Pharmaceuticals, Inc. (collectively, "the Lupin Defendants") take no position as to Plaintiff Novartis Pharmaceuticals Corporation's Motion for Transfer of Action to the District of Delaware for Coordinated and Consolidated Pretrial Proceedings (the "Motion") (D.I. 1). As set forth in the Motion, Plaintiff seeks transfer of the action styled *Novartis Pharmaceuticals Corporation v. Mylan Pharmaceuticals Inc., Mylan Inc., Mylan Laboratories Limited*, Case No. 1:19-cv-00201-IMK from the Northern District of West Virginia to the Honorable Chief Judge Leonard P. Stark in the District of Delaware for coordinated and consolidated pretrial proceedings with the cases pending in Delaware. The Lupin Defendants, however, respectfully submit that to the extent that transfer is deemed appropriate, the resulting multidistrict litigation should be assigned to Chief Judge Stark in the District of Delaware, as requested by Plaintiff. Through this response,

the Lupin Defendants are not waiving any of their legal or equitable rights or remedies, which the Lupin Defendants expressly reserve.

Respectfully submitted,

Knobbe, Martens, Olson & Bear, LLP

Dated: January 10, 2020

/s/ William R. Zimmerman
William R. Zimmerman
1717 Pennsylvania Ave., N.W.
Suite 900
Washington, DC 20006
(202) 640-6400
Bill.Zimmerman@knobbe.com

*Attorney for Lupin Atlantis Holdings, S.A., Lupin Limited, Lupin Inc., and Lupin Pharmaceuticals, Inc.*