# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan Patent Litigation) | MDL No. 2930 |

## NOTICE OF DEFENDANTS MYLAN PHARMACEUTICALS INC.'S, MYLAN INC.'S AND MYLAN LABORATORIES LIMITED'S NON-OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER TO THE DISTRICT OF DELAWARE

For the limited purpose of this motion only, Defendants Mylan Pharmaceuticals Inc., Mylan Inc. and Mylan Laboratories Limited (collectively, "Mylan") do not oppose Novartis Pharmaceuticals Corporation's Motion to Transfer *Novartis Pharmaceuticals Corporation v. Mylan Pharmaceuticals Inc., Mylan Inc., Mylan Laboratories Limited*, Case No. 1:19-cv-00201-IMK, which is currently pending in the United States District Court for the Northern District of West Virginia before Judge Irene M. Keeley, to Chief Judge Leonard P. Stark in the District of Delaware for coordinated and consolidated pretrial proceedings with the co-pending cases in that District pursuant to 28 U.S.C. § 1407.

Dated: January 10, 2020

Respectfully submitted,

By: /s/ Robert L. Florence
Robert L. Florence
Parker Poe Adams & Bernstein LLP
1180 Peachtree Street, N.E.
Suite 3300
Atlanta, GA 30309
(678) 690-5750

*Attorney for Defendants Mylan Pharmaceuticals Inc, Mylan Inc. and Mylan Laboratories Limited*