BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 2930 |

**PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER**

On December 20, 2019, Plaintiff Novartis Pharmaceuticals Corporation in the above-captioned proceeding moved to transfer *Novartis Pharmaceuticals Corporation v. Mylan Pharmaceuticals Inc., Mylan Inc., Mylan Laboratories Limited*, Case No. 1:19-cv-00201-IMK (N.D. W. Va.) ("Mylan West Virginia Action") to Chief Judge Leonard P. Stark in the District of Delaware for consolidated pretrial proceedings with three other Hatch-Waxman actions pending in that district against 38 defendants representing 18 different groups of generic drug makers.

The deadline for defendants to respond to Plaintiff's motion was January 10, 2020. D.I. 3. On that date, only two groups of defendants—Mylan and Lupin—responded. D.I. 42, 43. Neither Mylan nor Lupin opposed Plaintiff's motion, and Lupin moreover agreed with Plaintiff that any consolidated MDL proceedings resulting from that motion be assigned to Judge Stark. D.I. 42 at 1.

As explained in detail in Plaintiff's December 20, 2019 pleadings, the dispositive issues here have been authoritatively decided in favor of granting Plaintiff's motion. For the reasons set forth in those pleadings—and for the additional reason that no defendant opposes Plaintiff's motion—Plaintiff respectfully requests, pursuant to MDL Rule 11.1(c), that the Panel dispense with oral argument and grant Plaintiff's motion on the papers as soon as possible.

Dated: January 17, 2020

Respectfully submitted,

/s/ Christopher E. Loh
Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
slflanders@venable.com
jlstringham@venable.com
skclark@venable.com
lfishwick@venable.com
gjmanas@venable.com

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

James F. Companion
Sandra K. Law
SCHRADER COMPANION DUFF &
LAW, PLLC
401 Main Street
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com
skl@schraderlaw.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*