BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 2930 |

## SCHEDULE OF ADDITIONAL ACTIONS[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>• Novartis Pharmaceuticals Corporation<br><br>**Defendants:**<br>• Alembic Pharmaceuticals Limited<br>• Alembic Global Holding SA<br>• Alembic Pharmaceuticals, Inc. | D. Del. | 1:20-cv-00074 | Stark, J. |

---

[1] Copies of the complaint and docket sheet for this action are attached hereto as Exhibit 1.

Dated: January 22, 2020

Respectfully submitted,

/s/ Christopher E. Loh
Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
slflanders@venable.com
jlstringham@venable.com
skclark@venable.com
lfishwick@venable.com
gjmanas@venable.com

Daniel M. Silver
Alexandra M. Joyce
Renaissance Centre
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

James F. Companion
Sandra K. Law
SCHRADER COMPANION DUFF &
LAW, PLLC
401 Main Street
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com
skl@schraderlaw.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*